26-15844

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
SEP 24 2026
JEFFREY P. ALLSTEADT, CLERK

Certificate Number: 12459-ILN-CC-041480673

12459-ILN-CC-041480673

# CERTIFICATE OF COUNSELING

I CERTIFY that on September 23, 2026, at 6:25 o'clock PM PDT, Barbara Lynn Mabry-Moffett received from Abacus Credit Counseling, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Northern District of Illinois, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: September 23, 2026

By: /s/Cynthia Alcantar

Name: Cynthia Alcantar

Title: Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).